AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DONALD RASMUSSEN, JR.,

                      Plaintiff,

                  v.

JUSTIN HOBBS and JANE DOE HOBBS,
husband and wife, and their marital community,

                    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-0555-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment is granted and judgment is entered in favor of Defendants Justin Hobbs and Jane Doe Hobbs, husband and wife, and their marital community.

March 22, 2013`
*Date*

SEAN F. McAVOY
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson